**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>AARON CORRALES-TORRES,<br>Defendant. | Case No. MJ 26-5190-DUTY<br>ORDER OF DETENTION<br>[Fed. R. Cim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of CA for alleged violation(s) of the terms and conditions of his supervised released under 18 U.S.C. §3583.

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

The Court finds that:

A. ( x) The defendant has not met his burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18

U.S.C. § 3142(b) or (c). This finding is based on the fact that Defendant is unemployed, residence lies outside of the Central District or the Southern District, and has a history of supervision non-compliance. Defendant has prior charge for failing to appear and

B. ( x) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on his criminal history, prior conviction for domestic violence, and prior probation violations.

IT IS THEREFORE ORDERED that the defendant be detained and remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United Stated Marshal for the purpose of an appearance in connection with a court proceeding.

Dated: September 3, 2026

HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE